# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Arthur Wilson

              V.                                 **JUDGMENT IN A CIVIL CASE**

G.J. Giurbino, et al

                                                 **CASE NUMBER:**    06cv1023-J(JMA)

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that because separation from his legal documents warrants equitable tolling, Petitioner's motion for equitable tolling of time is granted in part and denied in part. However, because Petitioner filed outside the AEDPA's statute of limitations, and equitable tolling fails to bring the Petition within the applicable limitation period, the Court grants Respondent's motion to dismiss the Petition, and dismisses the Petition.............................................................................................................................

| March 29, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/K. Johnson |
| | (By) Deputy Clerk |
| | ENTERED ON March 29, 2007 |

06cv1023-J(JMA)